**Deny and Opinion Filed this 27th day of May, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00624-CV

### IN RE REDDIE HOUSTON, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81813-06**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Myers

Realtor filed this petition for writ of mandamus complaining of errors on the part of the trial court with respect to forensic DNA testing. The facts and issues are well known to the parties, so we need not recount them herein. In a criminal case, to be entitled to mandamus relief, the relator must show two things: (1) that he has no adequate remedy at law, and (2) that what he seeks to compel is a ministerial act. *In re Bonilla*, 424 S.W.3d 528, 533 (Tex. Crim. App. 2014). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. See TEX. R. APP. P. 52.8(a); *In re Rodriguez*, No. 08-06-00334-CR, 2007 WL 687648, at *1 (Tex. App.—El Paso Mar. 8, 2007, orig. proceeding) (mem. op.). Accordingly, we **DENY** the petition for writ of mandamus.

/Lana Myers/
LANA MYERS
JUSTICE

140624F.P05